

# Fourth Court of Appeals
## San Antonio, Texas

November 10, 2015

No. 04-15-00417-CV

Richard Cecil **PETERSON** and Alma Peterson,
Appellants

v.

John Lawrence **JIMENEZ**, M.D., and Brian Phillip Perry, M.D.,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-08827
Honorable Renée Yanta, Judge Presiding

# O R D E R

The Appellee's Motion to Dismiss for Failure to Prosecute is DENIED.

_____
Luz Elena D. Chapa, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of November, 2015.

_____
Keith E. Hottle
Clerk of Court